# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN LAMAR WEBB,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　Respondent.<br>_____ | Case No. ED CV 11-0120-SJO (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

　　　　　　　August 24, 2011
DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE